UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN JEROME WILLIAMS, | ) | No. EDCV 18-1101 JVS (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| NEIL McDOWELL, *et al.*, | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that defendants' motion to dismiss the first amended complaint is granted in part and denied in part as follows:

    (a)    plaintiff's claims against Rossolillo are dismissed with prejudice except for plaintiff's claim that Rossolillo violated his Fourth Amendment rights by conducting plaintiff's strip search;

    (b)    plaintiff's claims against Wilson are dismissed with prejudice except for plaintiff's claims that Wilson violated his Eighth

Amendment rights by (i) confining him in the hot van; and (ii) restraining and confining him in the visiting room;

(c) plaintiff's claims against Allen are dismissed with prejudice except for plaintiff's claim that Allen violated his Eighth Amendment rights by restraining and confining him in the visiting room;

(d) plaintiff's claims against Briones are dismissed with prejudice;

(e) plaintiff's First Amendment claims based on his inclusion in the raid, and based on the raid as a whole, are dismissed with prejudice, as are any claims that Abril and Pierce are liable for wrongs that occurred during the raid;

(f) plaintiff's claim that Abril and Pierce violated his First Amendment rights by placing him in administrative segregation are dismissed with prejudice; and

(g) plaintiff's claim that Vasquez violated his due process rights by issuing a false RVR is dismissed with prejudice.

(h) Defendants are not entitled to qualified immunity at this time.

(i) The Motion is denied in all other aspects.

DATED: August 28, 2019

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE