IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN JEROME WILLIAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**N. McDOWELL, et al.,**<br><br>Defendants. | Case No. EDCV 18-1101 JVS (RAO)<br><br>[~~PROPOSED~~] **PROTECTIVE ORDER REGARDING CONFIDENTIAL/PRIVILEGED RECORDS** |

    In response to Plaintiff's Motion for an Order Compelling Discovery filed September 25, 2020 (ECF No. 71), Defendants have requested that any production of confidential/privileged documents, if ordered by the Court after in camera review, be limited by a protective order to protect the unwarranted disclosure of private or confidential information. Having considered the application, the Court finds good cause and grants Defendants' request for a protective order Accordingly, IT IS HEREBY ORDERED:

    1. Defendants' motion for a protective order is granted regarding privileged or confidential documents ordered produced to Plaintiff Stephen Williams, CDCR No. H 07189, as follows: (1) the documents will be redacted in a manner approved by the Court; (2) the documents are to be retained by the prison's litigation

coordinator at the institution where Plaintiff is housed, and Plaintiff may review the documents through a request to his correctional counselor; (3) the documents are for Plaintiff's eyes only, and he shall not disseminate them or the information contained therein; (4) the documents are to be used solely in conjunction with this case, and no copies shall be made except for submission to the Court; and (5) at the conclusion of this matter, all copies made in connection with this case shall be destroyed by the California Department of Corrections and Rehabilitation;

2. Defendants may redact (1) the personal identifying information of the Defendants and third parties, (2) inmate names and tracking numbers, and (3) nonpublic information that relates to the processes, operations, and investigations done by prison personnel, from any confidential record if ordered produced.

3. In accordance with the Court's Order of March 2, 2021 (ECF. No. 88), Plaintiff may review the redacted documents marked as Bates Nos. PRIV 0001-0004 in accordance with the requirements set forth in this Protective Order.

Dated: March 17, 2021

*/s/ Rozella A. Oliver*
Honorable Rozella A. Oliver
United States Magistrate Judge

LA2018502655
64047439.docx

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Williams v. McDowell, et al.**
No.:   **EDCV 18-1101 JVS (RAO)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 300 South Spring Street, Suite 1702, Los Angeles, CA  90013.

On March 12, 2021, I served the attached

**[PROPOSED] PROTECTIVE ORDER REGARDING
CONFIDENTIAL/PRIVILEGED RECORDS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

Stephen Jerome Williams, P-77060
Centinela State Prison
P.O. Box 921
Imperial, CA 92251-0921
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 12, 2021, at Los Angeles, California.

|  |  |
|---|---|
| Lupe Zavala | /s/ Lupe Zavala |
| Declarant | Signature |

LA2018502655
64047468