UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JEROME WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>Defendants. | Case No. CV 18-01101 JVS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, Dkt. No. 8; the Report and Recommendation of the United States Magistrate Judge ("Report"), Dkt. No. 131; Plaintiff's Objection, Dkt. No. 136; Defendant Allen's Reply to Objection, Dkt. No. 137; the remaining Defendants' Reply to Objection, Dkt. No. 139; and all other records and files herein. Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made.

1      The Court hereby accepts and adopts the Magistrate Judge's findings,
2  conclusions, and recommendations. IT IS ORDERED that this action is dismissed
3  with prejudice and without leave to amend.

7  DATED: March 14, 2022

                                        _____
                                        JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE