JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JEROME WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>NEIL MCDOWELL, et al.,<br><br>Defendants. | Case No. EDCV 18-01101 JVS (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: March 14, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE